UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),                CASE NO. 12-20661

v.

                                    HONORABLE AVERN COHN

D-1, ELISEO ELVIS GALVAN,

        Defendant(s).
                                    /

**ORDER REGARDING UNOPPOSED MOTION FOR INQUIRY
REGARDING POTENTIAL FOR CONFLICT
OF INTEREST OR POSSIBLE APPEARANCE THEREOF (DOC. 11)**

On November 08, 2012 the Court held a hearing regarding the above referenced motion. Counsel for defendant, David B. Dunn, who is currently suspended, did not appear. For the reasons stated on the record,

IT IS ORDERED that current counsel David B. Dunn's representation of defendant is TERMINATED.

IT IS FURTHER ORDERED that the Federal Defender's Office shall be appointed to represent defendant.

SO ORDERED.

Dated: November 8, 2012        s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 8, 2012, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5160